IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL HELEVA,** | : | CIVIL ACTION NO. 1:20-CV-1983 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **FAITH WALTER, D. HINE, KATHY BRITTEN, DORINA VARNER,** | : | |
| Defendants | : | |

# ORDER

AND NOW, this 5th day of April, 2022, upon consideration of defendants' motion (Doc. 28) for summary judgment, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 28) is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

3. Plaintiff's motion (Doc. 32) for sanctions is DISMISSED.

4. The Clerk of Court is further directed to CLOSE this case.

5. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania